**Dewayne MCKENZIE, Plaintiff— Appellant,**

v.

**Sherrie BAUGH, Solicitor; Rick Jones, Public Defender, Defendants— Appellees.**

No. 07–6733.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: Aug. 1, 2007.

Dewayne McKenzie, Appellant Pro Se.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne McKenzie appeals the district court's order accepting the recommendation of the magistrate judge and dismissing McKenzie's 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McKenzie v. Baugh,* No. 2:06–cv–00315–RBH, 2007 WL 1290353 (D.S.C. Apr. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*